Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the
Southern District of Iowa
Davenport Division

RECEIVED
MAY 21 2020
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

Willie P. Burrage-Bey
_____
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

Ray (owner) Hill-Top Grocery Store
_____
Defendant(s)
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)

)
)
)
) Case No. _____
)      (to be filled in by the Clerk's Office)
)
)
)
) Jury Trial: (check one) ☐ Yes ☐ No
)
)
)
)
)
)
)
)
)
)

## COMPLAINT FOR A CIVIL CASE

I. **The Parties to This Complaint**

A. **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Willie P. Burrage-Bey
Street Address: 720 North Gaines Street
City and County: Davenport / Scott
State and Zip Code: Iowa 52804
Telephone Number: (563) 499-0323
E-mail Address:

B. **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1
- Name: Ray (Hilltop Grocery Store
- Job or Title (if known): Owner
- Street Address: 1312 W Harrison Street
- City and County: Davenport / Scott
- State and Zip Code: Iowa 52804
- Telephone Number: 563 323-1206
- E-mail Address (if known):

Defendant No. 2
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 3
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 4
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question     ☒ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual

    The plaintiff, *(name)* Willie P. Burrage-Bey, is a citizen of the State of *(name)* Moorish Nation ie morroccan Empire I.e united States republic

    b. If the plaintiff is a corporation

    The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual

    The defendant, *(name)* Ray, is a citizen of the State of *(name)* Iowa. Or is a citizen of *(foreign nation)* united States

b. If the defendant is a corporation

The defendant, (name) **Hilltop Grocery Store**, is incorporated under the laws of the State of (name) **Iowa**, and has its principal place of business in the State of (name) **Iowa**.

Or is incorporated under the laws of (foreign nation) **United States**, and has its principal place of business in (name) **Davenport Iowa**.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

The Amount is 3,000000 because the controversy has resulted in death and for the lost of our loved one my grandson there can be no actual value of compensation worth his lost

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

My claim is wrongful death on behalf of my grandson Jovontia Jones who was shot and killed on the property of Hilltop Grocery Store and as his surviver and his direct descendant I set forth this law-suit for his death and lost to the Burrage - Jones family charging the owner Ray of Hilltop Grocery responsible for my grandson death in front of his property.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I Willie P. Burrage-Bey on behalf of the Jones and Burrage family do seek relief on the death of Jovontia Jones in the amount of 3,000,000 alleging responsible party Ray the owner of Hilltop Grocery Store for his untimely death

Page 4 of 5

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 5-20- 0020

Signature of Plaintiff: Willie P. Burrage-Bey
Printed Name of Plaintiff: Willie P. Burrage-Bey

### B. For Attorneys

Date of signing: _____

Signature of Attorney _____
Printed Name of Attorney _____
Bar Number _____
Name of Law Firm _____
Street Address _____
State and Zip Code _____
Telephone Number _____
E-mail Address _____

5-20-002

# Affidavit of
# True Facts:

I Willie P. Burrage-Bey set forth this Affidavit by way of Relief stating that my grandson Jovontia Jones was murdered outside the property of N Harrison Street on May 29 2018 at Hilltop Grocery Store and on behalf of the Burrage-Jones family we set forth our claim on our grandson rights. In which his life was violently taking from him from a gun-shot wound outside Hilltop Grocery Store at the Tender Age of 16 years of age and we do by Invoke our common law Rights and seek compensation by way of Damages from Injury sustained at Hilltop Grocery Store.

Respectfully Submitted
Willie P. Burrage-Bey
All Rights Reserved
5-20-002

**FROM:**
Willie Burrage-Bey
720 N Grines Street
Davenport Iowa
52804

**TO:**
U.S Federal Court
131 East 4th Street
Davenport Iowa
52801

CERTIFIED MAIL
7019 1120 0001 8241 4852

